UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Jonathan Lee Riches a/k/a
Elaine Hess           d/b/a
America-Israel Friendship League,
Plaintiff

'09 APR 13 P1:46

CASE NO
FILED
U.S. DIST. COURT
WESTN. DIST. KENTUCKY

5:09CV-57

V.

Mother Jones d/b/a MotherJones.com; Mary Harris "Mother" Jones; Clara Jeffery; Jay Harris; Monika Bauerlein; Tim J. Luddy; Dave Gilson; Michael Mechanic; Elizabeth Gettelman; Laura McClure; Kiera Butler; Josh Harkinson; Celia Perry; Nicole McClelland; Jen Phillips; Kevin Drum; Julia Whitty; Debra J. Dickerson; Madeleine Buckingham; Steven Katz; Richard Markus; Khary Brown; Jeff Cosgrove; Rose Miller; Lisa McQueen; Richard Reynolds; David Corn; James Ridgeway; Daniel Schulman; Bruce Falconer; Stephanie Mencimer; Jonathan Stew; Laura Rozen; Nick Baumann; Carolyn Perot; Mark Murrmann; Nick Aster; Celine Nadeau; Robert Wise; Young Kim; Celia Perry; Yuki Tessitore-Vu; Theresa Thadani; Myna Chiem; Ed Homich; Emma Logan; Kevin Medford; Cathy Rogers a/k/a Cathy Rodgers; Ross Montgomery; Jesse Finfrock; Alexandra Bezdikian; Brittney Andres; Steve Aquino; Daniel Luzer; Nichole Wong; Nikki Gloudeman; Alexis Fitts; Kathleen Nye Flynn; Taylor Wiles; Next Steps Marketing; Peter Meredith; Alison Parker; Sheppard, Mullin, Richter & Hampton LLP; Cop. Levitz & Canter LLC; Adler & Colvin; Christina Platt; Phil Strauss; Jay Harris; Monika Bauerlein; Clara Jeffery; Sara Frankel; Mark North; Harriet Barlow; Jane Butcher; Judy Gold; Erik Hanisch; Adam Hochschild; Nicole McClelland; Rob McKay; Rick Melcher; Carolyn Mugar; Hope Morrissett; Jon Pageler; Susan Pritzker; Paul Ryan; Daniel Schulman; Bernard Madoff; Kevin Simmons; Meredith Spear,
Defendants

Preliminary Injunction, Temporary Restraining order, TRO
I face imminent Danger, Bodily Harm

## Complaint

Comes Now, Jonathan Lee Riches, moves this court to issue a TRO, Restraining order and preliminary Injunction Against the Defendants. I face danger. Defendants are after me and want to kill me. This is because I won't Give Mother Jones a interview. Mother Jones has been trying to get the big scoop on me since my illegal Arrest for Identity theft on Feb 25th, 2003. MotherJones.com labels me as a Anti-Capatalistic, Anti-Jewish claiming that I'm a Financial Terrorist who wants to cripple the Federal Reserve and start a new silver dollar currency with the Montana Freeman. Mother Jones Reporters wrote on web blogs that I'm the Founding Father of Earth Liberation front, ELF using my fraud proceeds to Finance weapons & Guns for the Michigan militia and its co-Founder Norman David Somerville. Defendants wrote in a Oct, 2008 Article that I'm a Computer hacker who stole the credit reports of G.W. Bush & Karl Rove, this is defamation of my character. Defendants have illegally invaded my Privacy by Posting my Tampa Hillsborough County Jail Picture Mugshot online labeling me as a Neo-con cyber warlord and Defendants said in a Feb. 2009 Article that I was a financial hitman for Bernard Madoff who stole Identities from the Republican congress. Defendants caused me economic harm, harassment, My mind is now delusional, I was placed in solitary confinement at Federal Medical Center lexington Kentucky because of the Defendants constantly calling the prison trying to interview me. I seek a restraining order Against this ~~torture~~. Defendants are violating my 8th amendment rights for cruel and unusual punishment, I seek the stop and distribution of my copyright material. I face immediate danger. I pray for relief.

Jonathan Lee Riches
#40948018
Federal medical center
P.O. Box 14500
lexington, KY 40512

843-387-9400

respectfully,

4-8-09



LEXINGTON KY 405
09 APR 2009 PM 2 T

Jonathan Lee Riches
#40948018-You
Federal medical center
P.O. Box 14500
Lexington, KY 40512

United States District Court
Western District of Kentucky
Clerk of Court
U.S. Courthouse
501 Broadway
Paducah, KY 42001
42001+6655

Special
legal
mail